| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V | Southern District of Alabama | 06/24/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Actve | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| John Campbell U.S. Courthouse 113 St. Joseph Street Mobile, Alabama 36602 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 27 A 11:02 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Southwest Bancshares, Inc. (director's fees) |
| 2. 2005 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Community Bank | Mortgage on real property | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock (see note) | G | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | C | Interest | M | T | | | | | |
| 3. Wachovia Bank Accounts (formerly SouthTrust Bank) | A | Interest | J | T | | | | | |
| 4. AmSouth Bank Accounts | A | Interest | K | T | | | | | |
| 5. Army Aviation Center Federal Credit Union Account | A | Interest | K | T | | | | | |
| 6. 1/2 interest in Virginia Properties, LLC (see note) | D | Distribution | M | T | | | | | |
| 7. 20% interest in Britton Point, LLC | | None | K | W | | | | | |
| 8. Morgan Stanley Brokerage Account | | | | | | | | | |
| 9. -- Bank Deposit Program Morgan Stanley Bank (see note) | A | Interest | M | T | | | | | |
| 10. -- Alberto Culver B Co. Stock | A | Dividend | | | Sell | 12/15 | K | | |
| 11. -- American Cap Strategies Ltd common stock | A | Dividend | J | T | Buy | 9/8 | J | | |
| 12. -- American Standard Companies common stock | A | Dividend | K | T | Buy | 4/19 | K | | |
| 13. -- Amgen Inc. stock | | None | J | T | Buy | 4/19 | J | | |
| 14. -- Anheuser Busch common stock | | None | | | Sell | 1/6 | L | B | |
| 15. -- Bank of America Corp. common stock | B | Dividend | L | T | Buy | 4/19 | K | | |
| 16. | | | | | Buy | 6/30 | K | | |
| 17. -- Biotech Holders Tr. stock | | None | K | T | Buy | 1/7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. – Brown Forman Corp CL B stock | A | Dividend | | | Sell | 9/8 | K | D | |
| 19. – Cisco Sys Inc. stock | | None | . | | Sell | 10/6 | K | C | |
| 20. – Corporate Executive Bd. Stock | A | Dividend | L | T | Buy | 1/7 | J | | |
| 21. | | . | | | Buy | 6/30 | J | | |
| 22. – Dell Inc. stock | | None | | | Sell | 4/19 | L | | |
| 23. – Diageo PPLC SponADR stock | A | Dividend | K | T | Buy | 4/19 | K | | |
| 24. | | | | | Buy | 6/30 | J | | |
| 25. – Fifth 3rd Bancorp Ohio stock | A | Dividend | | | Sell | 4/11 | K | | |
| 26. – Garmin Ltd. stock | A | Dividend | K | T | | | | | |
| 27. – Genentech Inc. stock | | None | | | Buy | 4/19 | J | | |
| 28. | | | | | Sell | 9/8 | K | D | |
| 29. – Goldman Sachs Grp. Inc. stock | A | Dividend | L | T | Buy | 1/7 | K | | |
| 30. | | | | | Buy | 4/19 | J | | |
| 31. – Harley Davidson Inc. stock | A | Dividend | | | Buy | 4/19 | J | | |
| 32. | | | | | Sell | 9/13 | K | | |
| 33. – Home Depot, Inc. stock | A | Dividend | L | T | Buy | 9/8 | L | | |
| 34. | | | | | Buy | 10/06 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. – International Speedway Corp. stock | A | Dividend | | | Buy | 4/19 | J | | |
| 36. | | | | | Sell | 12/15 | J | | |
| 37. – McData Corp. common stock | | None | J | T | | | | | |
| 38. – Medtronic | A | Dividend | K | T | | | | | |
| 39. – Microsoft Corp common stock | A | Dividend | K | T | Sell | 4/11 | K | E | |
| 40. – Monsanto Co. stock | A | Dividend | J | T | | | | | |
| 41. – Mylan Laboratories Inc. stock | A | Dividend | | | Sell | 4/11 | K | | |
| 42. – Myriad Genetic, Inc. stock | | None | | | Sell | 12/15 | J | | |
| 43. – National City Corp. stock | C | Dividend | L | T | | | | | |
| 44. – Pepsico Inc. NC stock | A | Dividend | L | T | Buy | 4/19 | J | | |
| 45. | | | | | Buy | 9/8 | J | | |
| 46. | | | | | Buy | 10/06 | J | | |
| 47. – Piper Jaffray Cos. stock | | None | J | T | | | | | |
| 48. – Sandisk Corp stock | | None | | | Sell | 9/8 | K | C | |
| 49. – Sherwin Williams Co. Ohio stock | A | Dividend | K | T | Buy | 9/8 | K | | |
| 50. | | | | | Buy | 10/06 | J | | |
| 51. – Stryker Corp stock | A | Dividend | | | Sell | 6/22 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. – Sysco Corp stock | B | Dividend | L | T | | | | | |
| 53. – Target Corporation stock | A | Dividend | L | T | | | | | |
| 54. – Teva Pharmaceuticals stock | A | Dividend | K | T | | | | | |
| 55. – The Advisory Board Co. stock | | None | K | T | Buy | 7/19 | K | | |
| 56. | | | | | Buy | 10/6 | J | | |
| 57. – The Scotts Miracle-Gro Co. stock | A | Dividend | L | T | Buy | 4/19 | J | | |
| 58. – TJX Cos. Inc. stock | A | Dividend | J | T | Buy | 1/7 | J | | |
| 59. – Toyota Motor Cp ADR stock | A | Dividend | K | T | | | | | |
| 60. – U.S. Bancorp common stock | B | Dividend | K | T | | | | | |
| 61. – Wash Real Est Inv Tr Maryland stock | B | Dividend | | | Sell | 12/15 | K | | |
| 62. – Wells Fargo & Co. stock | B | Dividend | L | T | Buy | 4/19 | K | | |
| 63. – Wilmington Trust Corp. | B | Dividend | K | T | | | | | |
| 64. – XM Satellite Radio Holding Cl A stock | | | K | T | | | | | |
| 65. – Alabama Judicial Bldg. AU Rev Bond | | None | M | T | | | | | |
| 66. – Alabama Wtr Pollution Ctl Auth Rev Revolving Fund Ser B | B | Interest | K | T | | | | | |
| 67. – Lauderdale Cnty & Florence, AL Health Rev. Bond | B | Interest | K | T | | | | | |
| 68. – Alabama St Ser A Genl Obl Vond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. – Seariver Maritime Def Interest Debenture zero coupon | | None | L | T | | | | | |
| 70. – Allianceber Growth B Mutual Fund | | None | L | T | | | | | |
| 71. – American Amcap B Mutual Fund | | None | L | T | | | | | |
| 72. – American Growth Fund of America B Mutual Fund | | None | K | T | | | | | |
| 73. – American Inv Co. of America B Mutual Fund | | None | L | T | | | | | |
| 74. – Allstte Life Variable Annuity (MS B VA W/MAV db/5% IB) | | None | L | T | | | | | |
| 75. Morgan Stanley Retirement Account | A | Dividend | L | T | | | | | |
| 76. – Allianz CCM Cap Apprec B Mutual Fund (see note) | | | | | | | | | |
| 77. 1/12 mineral rights, parcel in Washington Cnty, AL | | None | J | W | | | | | |
| 78. 40% interest in Daphne Offices, LLC (see note) | D | Distribution | L | Q | | | | | |
| 79. 12.5% interest in office building, Bay Minette, AL (see note | C | Rent | K | Q | | | | | |
| 80. 26.5% interest in South Baldwin offices, LLC (see note) | D | Distribution | K | Q | | | | | |
| 81. 1/3 int. in real estate parcel #1 in Washington Co., AL | | None | K | W | | | | | |
| 82. 1/3 int. in real estate parcel #2 in Washington Co., AL | | None | J | W | | | | | |
| 83. Royalty Interest, Richland Parish, LA (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 84. Royalty Interest, Copiah County, MS (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 85. Royalty Interest, Harrison County, MS. (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Granade, Callie V | | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Royalty Interest, Lincoln County, MS. (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 87. Royalty Interest, Madison County, MS (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 88. Royalty Interest, Yazoo County, MS. (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 89. Royalty Interest, Union County, FL (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 90. Royalty Interest, Pearl River County, MS (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 91. Royalty Interest, Jackson County, MS | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 92. Royalthy Interest, Baldwin County, AL (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 93. Royalty Interest, George County, MS. (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 94. Royalty Interest, Greene County, MS. (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 95. Royalty Interest, Bradford County, FL (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 96. Royalty Interest, Mobile County, AL (see note) | | None | | | Sell | 11/5 | | | SHJ, Inc. and John Sipple |
| 97. Morgan Keegan SEP/IRA (see note) | A | Dividend | | | Sell | 9/1 | L | | |
| 98. – Buckeye Technologies common stock | | | | | Sell | 8/30 | J | A | |
| 99. –Energy South common stock | | | | | Sell | 8/30 | K | B | |
| 100. – Psychomedics Corp stock | | | | | Buy | 1/19 | J | | |
| 101. | | | | | Partial Sell | 6/29 | J | | |
| 102. | | | | | Sell | 8/30 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Stone Energy Corp stock | | | | | Sell | 6/22 | J | | |
| 104. -- Servicemaster Company stock | | | | | Sell | 8/30 | J | | |
| 105. -- Maytag Corp stock | | | | | Buy | 6/22 | J | | |
| 106. | | | | | Sell | 6/24 | J | A | |
| 107. -- St. Joe Paper Co. stock | | | | | Buy | 6/27 | J | | |
| 108. | | | | | Sell | 8/11 | J | A | |
| 109. -- American Fin. Realty Trust | | | | | Buy | 6/27 | J | | |
| 110. | | | | | Buy | 8/15 | J | | |
| 111. | | | | | Sell | 8/31 | J | A | |
| 112. -- Drey Money market | | | | | Redeem | 8/31 | L | | |
| 113. Fiserv IRA (formerly known as First Trust Datalynx) | E | Dividend | N | T | | | | | |
| 114. -- Sequoia Fund | | | | | | | | | |
| 115. -- Fiserve Trust Money Market account (form'ly First Trust) | | | | | | | | | |
| 116. -- Dodge & Cox Stock Fund | | | | | Buy | 6/27 | J | | |
| 117. | | | | | Buy | 7/18 | J | | |
| 118. | | | | | Buy | 9/1 | J | | |
| 119. | | | | | Buy | 9/7 | J | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 9/9 | J | | |
| 121. – Dodge & Cox International Stock Fund Cl A | | | | | Buy | 9/1 | J | | |
| 122. | | | | | Buy | 11/2 | J | | |
| 123. – First Eagle Global Fund Class A | | | | | Buy | 6/2 | K | | |
| 124. – First Eagle Global Fund Class I | | | | | Sell | 6/2 | K | | |
| 125. | | | | | Buy | 9/1 | K | | |
| 126. | | | | | Buy | 9/7 | J | | |
| 127. | | | | | Buy | 9/9 | J | | |
| 128. – Turner Microcap Growth Fund | | | | | Buy | 4/7 | J | | |
| 129. | | | | | Buy | 6/27 | J | | |
| 130. | | | | | Buy | 7/18 | J | | |
| 131. | | | | | Buy | 9/1 | J | | |
| 132. | | | | | Buy | 9/7 | J | | |
| 133. | | | | | Buy | 9/9 | J | | |
| 134. – Matthews Pacific Tiger | | | | | Buy | 9/12 | J | | |
| 135. | | | | | Buy | 9/16 | J | | |
| 136. | | | | | Buy | 9/28 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Franklin/Mutual Discovery Class Z | | | | | Buy | 7/28 | J | | |
| 138. | | | | | Buy | 8/3 | J | | |
| 139. | | | | | Buy | 9/15 | J | | |
| 140. | | | | | Buy | 9/23 | J | | |
| 141. -- Ivy Science and Technology Class A | | | | | Buy | 7/28 | J | | |
| 142. | | | | | Buy | 9/9 | J | | |
| 143. | | | | | Buy | 9/27 | J | | |
| 144. -- Constellation Tip Hlthcare & Biotech Cl II | | | | | Buy | 8/3 | J | | |
| 145. | | | | | Buy | 9/1 | J | | |
| 146. | | | | | Buy | 9/9 | J | | |
| 147. Trust #1 (See note) (See part 1, Line 1) | None | M | U | | | | | | |
| 148. Trust #2 (see note) | None | P1 | Q | | | | | | |
| 149. -- Southwest Bancshares stock | | | | | | | | | |
| 150. Smith Barney Citigroup acct. (formerly Salomon Smith Barney) | | | | | | | | | |
| 151. -- GE Life & Annuity annuity | None | K | T | | | | | | |
| 152. Pennsco SEP IRA (see note) | None | | | | Sell | 3/31 | M | | |
| 153. Stone, Granade & Crosby, P.C. 401(k) (see note) | None | L | T | | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- American Funds Growth F | | | | | | | | | |
| 155. -- Artisan Intl. | | | | | | | | | |
| 156. -- Columbia Acorn Fund Z | | | | | | | | | |
| 157. -- Dreyfus Midcap Index | | | | | | | | | |
| 158. -- Pimco Total Return D | | | | | | | | | |
| 159. -- Schwab S&P 500 E Shares | | | | | | | | | |
| 160. -- Van Kampen Comstock A | | | | | | | | | |
| 161. -- Weitz Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V -Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 12/31/2005

Part VII, Line 6: Last year's report showed a 1/3 interest in Virginia Properties and this year's a 1/2 interest. The change in percentage of interest came about because the third member of the LLC withdrew his investment and withdrew from the LLC. There was no acquisition for value or purchase of the additional ownership interest.

Part VII, Line 9: Formerly Active Assets Money Market Acct.

Part VII, Line 76: Formerly Pimco Appreciation Fund

Part VII, Line 78: Daphne Offices, LLC owns an office building in Daphne, AL, apraised on 8/6/02 at $300,000. 40% interest = $120,000

Part VII, Line 79: Office Building in Bay Minette, AL appreaised on 4/9/01 at $270,000. 12.5% intererst = $33,750

Part VII, Line 80: South Baldwin Offices, LLC, owns an office building in and lot in Foley, AL, appraised in April 2002 for $210,000. 26.5% interest = $55,650.

Part VII, Lines 83 - 96: All of these mineral rights were sold as a 28% block, together with the other 72% of the block of mineral rights belonging to other individuals, to SHJ, Inc. and John Sipple. We recieved $2,800.00, all of which was capital gain.

Part VII, Line 97: Morgan Keegan IRA was rolled over into First Trust Datalynx IRA. During the year, First Trust Datalynx changed its name to Fiserv.

Part VII, Line 147: The only asset in the trust is a permanent life insurance policy.

Part VII, Line 148: The only asset in the trust is stock of Southwest Banc shares, some of which was a gift from ▆▆▆▆▆ and th rest purchases. The value of the trust is derived from an appraisal of the stock value as of 12/31/2005. there is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 152: The assets in the Pensco IRA were sold on 3/31 and rolled over into First Trust Datalynx IRA. During the year, First Trust Datalynx changed its name to Fiserv.

Part VII, Line 153: This is a 401k Plan at ▆▆▆▆▆▆ law firm. It is administered by Geller Group, Ltd., and issues reports quarterly.

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/24/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████     Date  6/24/06

NOTE: ANY ███████████████████ IFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544